UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                Defendant. | CASE NO. C24-1943JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Lance P. McDermott's motion for reconsideration of the Federal Circuit Court of Appeals's April 16, 2025 order dismissing Mr. McDermott's petition to appeal this court's February 19, 2025 order of dismissal and entry of judgment. (MFR (Dkt. # 24); *see* 4/16/25 Fed. Cir. Order (Dkt. # 23).) A motion for reconsideration is an "extraordinary remedy . . . to be used sparingly" and the movant bears a "heavy burden." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). "The court will ordinarily deny such motions in the absence of a

ORDER - 1

1 | showing of manifest error in the prior ruling or a showing of new facts or legal authority
2 | which could not have been brought to its attention earlier with reasonable diligence."
3 | Local Rules W.D. Wash. LCR 7(h).  Because this court has no authority to reconsider the
4 | Federal Circuit's order dismissing his petition to appeal, the court DENIES Mr.
5 | McDermott's motion for reconsideration (Dkt. # 24).
6 |     Dated this 8th day of May, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2